BLANK ROME LLP
Attorneys for Plaintiff
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SEABRIDGE BUNKERING PTE LTD.,

Plaintiff,

v.

J&J SUNWAY CORP.,

Defendant.

---

08 Civ.

F.R. CIV. P. RULE 7.1 STATEMENT

RECEIVED APR 0 4 2008 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to F. R. Civ. P. Rule 7.1 and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of that party, securities or other interests in which are publicly held.

Dated: New York, NY
April 4, 2008

Respectfully submitted,
BLANK ROME LLP
Attorneys for Plaintiff

By /s/ Jeremy Harwood
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
New York, NY 10174
Tel.: (212) 885-5000

294478.1
900200.00001/6628937v.1