BLANK ROME LLP
Attorneys for Plaintiff
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEABRIDGE BUNKERING PTE LTD.,<br><br>Plaintiff,<br><br>v.<br><br>J&J SUNWAY CORP.,<br><br>Defendant. | 08 Civ. 3373 (SAS)<br><br>**NOTICE OF DISMISSAL** |

WHEREAS, on or about April 4, 2008, Plaintiff SEABRIDGE BUNKERING PTE LTD. ("Plaintiff") filed this action against Defendant J&J SUNWAY CORP. ("Defendant") and obtained the issuance of a Writ of Attachment and Garnishment and an Order for Issuance of a Writ of Attachment and Garnishment dated on or about April 9, 2008 (collectively, the "Process of Maritime Attachment and Garnishment"); and

WHEREAS, the Process of Maritime Attachment and Garnishment were subsequently served on various garnishee banks in this district; and

WHEREAS, Plaintiff has not attached funds;

WHEREAS, Defendant has not answered or appeared in this action.

129581.00601/6659486v.1

**NOW**, pursuant to F. R. Civ. P. Rule 41(a)(1) Plaintiff now dismisses this action without prejudice and without costs.

Dated: August 5, 2008

                BLANK ROME LLP

        By: _/s/ Jeremy Harwood_
            Jeremy J.O. Harwood.
            405 Lexington Avenue
            The Chrysler Building
            New York, NY 10174
            Tel: (212) 885-5000
            Fax: (212) 885-5001
            jharwood@blankrome.com
                *Attorneys for Plaintiff*