BLANK ROME LLP
Attorneys for Plaintiff
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SEABRIDGE BUNKERING PTE LTD.,

           Plaintiff,

v.

J&J SUNWAY CORP.,

           Defendant.

---

08 Civ. 3373 (SAS)

**NOTICE OF DISMISSAL**

[Stamps: RECEIVED CHAMBERS OF AUG 06 2008 JUDGE SCHEINDLIN; USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 8/7/08]

      **WHEREAS**, on or about April 4, 2008, Plaintiff SEABRIDGE BUNKERING PTE LTD. ("Plaintiff") filed this action against Defendant J&J SUNWAY CORP. ("Defendant") and obtained the issuance of a Writ of Attachment and Garnishment and an Order for Issuance of a Writ of Attachment and Garnishment dated on or about April 9, 2008 (collectively, the "Process of Maritime Attachment and Garnishment"); and

      **WHEREAS**, the Process of Maritime Attachment and Garnishment were subsequently served on various garnishee banks in this district; and

      **WHEREAS**, Plaintiff has not attached funds;

      **WHEREAS**, Defendant has not answered or appeared in this action.

NOW, pursuant to F. R. Civ. P. Rule 41(a)(1) Plaintiff now dismisses this action without prejudice and without costs.

Dated:  August 5, 2008

                                      BLANK ROME LLP

                                      By: /s/ Jeremy J.O. Harwood
                                          Jeremy J.O. Harwood.
                                          405 Lexington Avenue
                                          The Chrysler Building
                                          New York, NY  10174
                                          Tel: (212) 885-5000
                                          Fax: (212) 885-5001
                                          jharwood@blankrome.com
                                          *Attorneys for Plaintiff*

So Ordered,
/s/ Shira A. Scheindlin
USDJ
8/6/08